ORDERED UNSEALED on 02/7/2025 s/ AnthonyH

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER RODRIGUEZ,<br>Defendant. | Case No.: **25-mj-00527**<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about January 18, 2025, within the Southern District of California, defendant Christopher RODRIGUEZ knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Evan Padula

EVAN PADULA
SPECIAL AGENT, HSI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 5th day of February 2025.

Allison H. Goddard

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On January 18, 2025, at approximately 8:50 a.m. a patrolling El Century Police Department Officer observed a male riding a bicycle wearing a backpack. That rider failed to stop at the stop sign near the intersection of 6th Street and State Street in El Centro, which is within the Southern District of California. The Officer conducted a traffic stop of the cyclist for violation of California Vehicle Code §§ 21200 and 22450(a).

The Officer requested the male rider's identification. The rider told the Officer that he did not have his identification and refused to give the Officer his name and birth date. The Officer advised the rider he would potentially be arrested for violating California Penal Code §835.5(a). The male then identified himself as "Brandon Anderson" and provided the Officer a date of birth. The Officer conducted a records check of the information Defendant provided, which revealed an active arrest warrant for driving under the influence and causing bodily injury to another person. The male was then detained while a third police Officer arrived to assist. This third Officer had previously arrested the male for being a felon in possession of a firearm and possessing a controlled substance.

Once the third Officer arrived, the male stated his named was in fact Christopher RODRIGUEZ and that his identification card was in his back pocket. As police maneuvered to get RODRIGUEZ's wallet, RODRIGUEZ raised his arms causing his sweater to lift and reveal firearm in his waistband. The Officers announced "gun" and retrieved a loaded semiautomatic Sig Sauer P320 handgun with an obliterated serial number. A records check was then conducted using the information on RODRIGUEZ's identification card, and that check revealed RODRIGUEZ had multiple active arrest warrants for violations of California Penal Code §3455(a) and California Vehicle Code §14601.2 These warrants were confirmed by El Centro Police Department's dispatch. RODRIGUEZ was then arrested, and his backpack was searched. Approximately 57 "M30" pills suspected to contain fentanyl and numerous baggies totaling approximately 9 grams of methamphetamine were found on RODRIGUEZ'S person during his arrest.

During a post-arrest statement, RODRIGUEZ admitted to possessing the firearm for protection. RODRIGUEZ also admitted to possessing the drugs, but claimed they were for personal use and not for sale.

Records checks on URIAS revealed the following relevant criminal history:

| **Conviction Date** | **Court of Conviction** | **Charge** | **Imprisonment** |
|---|---|---|---|
| 12/20/2011 | CASC – El Centro | Cal. P.C. §487—Grand Theft from a Person (Felony) | 36 Months' Probation |
| 10/17/2017 | CASC – El Centro | Cal. H.S. §11378—Possession of a Controlled Substance for Sale (Felony) | 3 Years Probation |
| 9/23/2019 | CASC – El Centro | Cal. H.S. §11353—Transport or Sell Narcotics or Controlled Substance (Felony) | 3 Years Prison |
| 9/23/2021 | CASC – El Centro | Cal. H.S. §11379—Transportation of a Controlled Substance (Felony) | 8 Years Prison |

The Sig Sauer firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of

the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.